## IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

GABRIEL RODRIGUEZ
801 N. Pitt Street, Apt. No. 403
Alexandria, VA 22314

        Plaintiff,

        v.

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY
300 7th Street, SW
Washington, DC 20024

Serve:
        Jeanette Richmond
        General Counsel's Office
        300 7th Street, SW
        Washington, DC 20024

        Defendant.

Case No.:    C-16-CV-24-002195

AG

### COMPLAINT

(Negligence - Motor Vehicle Collision - Jury Trial Demand)

Plaintiff Gabriel Rodriguez, through his attorneys, Russell A. King, Jr., and the

law offices of Morgan & Morgan, DC, PLLC, sues Defendant Washington Metropolitan

Area Transit Authority ("WMATA"), stating:

### PARTIES

1.    At all times relevant to this action, Mr. Rodriguez resided in Alexandria,
Virginia.

2.    At all times relevant to this action, WMATA was a transit authority

created by interstate compact among the District of Columbia, Maryland, and Virginia,

providing public transit services in Maryland.

3.      Pursuant to the compact, WMATA is liable for the torts of its employees in the performance of propriety functions, such as operating a WMATA bus.

## VENUE AND JURISDICTION

4.      Venue is proper in Maryland pursuant to Section 6-202(8) of the Courts and Judicial Proceedings Article of the Maryland Annotated Code because the motor vehicle collision occurred in Prince George's County, Maryland.

5.      This Court has jurisdiction over this matter under Sections 1-501 and 4-401 of the Courts and Judicial Proceeding Article of the Maryland Annotated Code.

## FACTS

6.      On or about October 11, 2022, at approximately 6:20am, Mr. Rodriguez was lawfully driving his vehicle in the left lane of Silver Hill Road in the vicinity of the Suitland Parkway intersection, in Suitland-Silver Hill, Maryland.

7.      At the same time, WMATA employee, Dewayne Everette Jackson was driving a WMATA-owned bus in the same direction as Mr. Rodriguez, in a lane to Mr. Rodriguez's right.

8.      Suddenly and without warning, Jackson made an unsafe left lane change directly into the path of Mr. Rodriguez's vehicle, crashing the WMATA bus into Rodriguez's vehicle.

## COUNT I – VICARIOUS LIABILITY OF WMATA

9.      The preceding paragraphs are incorporated by reference as if fully set forth herein.

10.    WMATA is vicariously liable for the torts of WMATA-employee Jackson while driving the WMATA bus, as described herein.

11.    Jackson breached his duty of care to safely operate the WMATA bus **by failing** to maintain a proper lookout, to maintain proper control over the WMATA bus, to operate the WMATA bus at a reasonable speed, to pay full time and attention to other vehicles while driving, to obey traffic control devices, to maintain a proper braking distance between the WMATA bus and Mr. Rodriguez's vehicle, and to maintain and operate the WMATA bus in compliance with all applicable traffic laws and regulations.

12.    As a direct and proximate result of Jackson's negligent driving, Mr. Rodriguez sustained serious, painful, and permanent injuries to his neck, shoulders, back, and other parts of his body.

13.    The collision occurred without any negligence or want of due care on the part of Mr. Rodriguez contributing directly or indirectly thereto, and Jackson was the sole, exclusive and proximate cause of the collision.

14.    As a direct and proximate result of Jackson's negligence, Mr. Rodriguez continues to suffer great physical pain, mental anguish shock and continues to incur substantial costs for medical care and treatment and related items.

15.    As a direct and proximate result of Jackson's negligence, Mr. Rodriguez will be required to contend with these injuries, many of which are permanent in nature, will hamper his ability to perform daily activities and deprive him of his enjoyment of life.

16.    As a direct and proximate result of Jackson's negligence, Mr. Rodriguez has incurred a loss of wages and future earning capacity in amounts not now precisely known but to be proven at or before trial.

### PRAYER FOR RELIEF

WHEREFORE, the Plaintiff Gabriel Rodriguez, demands judgment against Defendant WMATA, in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) plus interest and costs.

Respectfully submitted,

_____
Russell A. King, Jr., Esq. 0112120022
Morgan & Morgan DC, PLLC
1901 Pennsylvania Avenue, NW Suite 300
Washington, DC 20006
Tel: (202) 772-0595
Fax: (202) 772-0645
russell.king@forthepeople.com
*Counsel for Plaintiff*

### JURY TRIAL DEMAND

Plaintiff demands a trial by jury as to all issues.

_____
Russell A. King, Jr., Esq.

## CERTIFICATE AS REQUIRED BY MARYLAND RULE 20-201

I hereby certify that the foregoing does not contain any restricted information. I file this in accordance with Md. Rule 20-201(h).

Russell A. King, Jr., Esq.